DICKINSON WRIGHT PLLC
Brian R. Irvine
Nevada Bar No. 7758
Email:  BIrvine@dickinsonwright.com
Mackenzie E. Robinson
Nevada Bar No. 16309
MRobinson@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada  89501-1991
Tel:    775-343-7500
Fax:    844-670-6009

*Attorneys for Defendant*
*Genx Mining Contractors, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS DOWNING, on behalf of himself and all other similarly siutated individuals,<br><br>                    Plaintiff,<br><br>v.<br><br>GENX MINING CONTRACTORS, LLC; NEVADA GOLD MINES LLC; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | 3:26-cv-00271-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 7] |

Defendant Genx Mining Contractors, LLC ("Defendant") and Plaintiff Chris Downing ("Plaintiff") (together "Parties"), by and through their respective counsel of record, agree and stipulate to extend the responsive-pleading deadline. This is the Parties' first request for an extension of the responsive-pleading deadline, and as discussed herein, good cause exists. The relevant facts are as follows:

1.     The Complaint was filed on April 14, 2026.

2.     Defendant was served on April 17, 2026.

3.     Defendant's response to the Complaint is currently due May 8, 2026.

4.     Defendant had to retain counsel in order to proceed with the litigation.

5.     In an effort to give newly-retained counsel sufficient time to prepare for a

1



responsive pleading, the Parties have conferred, agree and stipulate that Defendant has until May 22, 2026, to respond to the Complaint.

IT IS SO STIPULATED.

DATED this 30th day of April 2026.

THIERMAN BUCK                                    DICKINSON WRIGHT PLLC


___/s/ Joshua D. Buck___                        ___/s/ Brian R. Irvine___
Joshua D. Buck                                   Brian R. Irvine
josh@thiermanbuck.com                            BIrvine@dickinsonwright.com
Leah L. Jones                                    Mackenzie E. Robinson
leah@thiermanbuck.com                            MRobinson@dickinsonwright.com
325 West Liberty Street                          100 West Liberty Street, Suite 940
Reno, NV 89501                                   Reno, Nevada 89501-1991
Tel:    775-284-1500                             Tel:    775-343-7500
Fax:    775-703-5027                             Fax:    844-670-6009

*Attorneys for Plaintiff and all others*        *Attorneys for Defendant*
*similarly situated and the putative classes*   *Genx Mining Contractors, LLC*

**IT IS SO ORDERED.**

**DATED:** May 1, 2026_____



_____
UNITED STATES MAGISTRATE JUDGE

2

