ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRIS DOWNING, on Behalf of Others Similarly Situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>GENX MINING CONTRACTORS, LLC; NEVADA GOLD MINES LLC, and DOES 1 through 50<br><br>Defendant. | Case No.:   3:26-cv-00271-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE [FIRST REQUEST]** |

Plaintiff CHRIS DOWNING ("Plaintiff"), by and through his counsel of record THIERMAN BUCK, and Defendant NEVADA GOLD MINES LLC ("Defendant"), by and through its counsel of record, SIMONS HALL JOHNSTON PC, hereby stipulate and agree that Defendant's responsive pleading deadline, which is currently set for Friday, May 8, 2026, be extended for a period of twenty-one (21) days, to Friday, May 29, 2026.

Defendant recently retained Simons Hall Johnston PC to represent it in the matter. Counsel believes that they need adequate time to review the Complaint, as well as time to investigate the claims in order to prepare a response to the Complaint. As a result, Defendant believes a twenty-one-day (21) day extension will provide it with enough time to complete the drafting of its forthcoming responsive pleading.

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: May 4, 2026

**THIERMAN BUCK**

/s/ *Joshua Buck*

Joshua D. Buck, Esq.
Leah L. Jones, Esq.
325 West Libert Street
Reno, NV 89501

*Counsel for Plaintiff*

Dated: May 4, 2026

**SIMONS HALL JOHNSTON PC**

/s/*Jonathan McGuire, Esq.*

Jonathan A. McGuire, Esq.
690 Sierra Rose Drive
Reno, Nevada 89511

*Counsel for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated this 5th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

Page 2 of 2