DICKINSON WRIGHT PLLC
Brian R. Irvine
Nevada Bar No. 7758
Email:  BIrvine@dickinsonwright.com
Mackenzie E. Robinson
Nevada Bar No. 16309
MRobinson@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada  89501-1991
Tel:    775-343-7500
Fax:    844-670-6009

*Attorneys for Defendant*
*Genx Mining Contractors, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS DOWNING, on behalf of himself and all other similarly siutated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>GENX MINING CONTRACTORS, LLC; NEVADA GOLD MINES LLC; and DOES 1 through 50, inclusive,<br><br>        Defendants. | 3:26-cv-00271-ART-CLB<br><br>**ORDER GRANTING AMENDED STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 13] |

Defendant Genx Mining Contractors, LLC ("Defendant") and Plaintiff Chris Downing ("Plaintiff") (together "Parties"), by and through their respective counsel of record, agree and stipulate to extend the responsive-pleading deadline. This is the Parties' second request for an extension of the responsive-pleading deadline, and as discussed herein, good cause exists. The relevant facts are as follows:

1.      The Complaint was filed on April 14, 2026.

2.      Defendant was served on April 17, 2026.

3.      Defendant's response to the Complaint is currently due May 22, 2026, pursuant to the parties' First Stipulation.

4.      Defendant had to retain counsel in order to proceed with the litigation.



1

5.     Defendant's counsel is requesting this second extension in good faith as they require additional time to familiarize themselves with this complex matter in order to respond accurately and effectively to the Complaint in this matter.

6.     Defendants' counsel has encountered delays in working on this matter due to significant discovery commitments in other cases for the past several weeks.

7.     The parties stipulate that Defendant's new responsive pleading deadline is June 5, 2026.

8.     The Parties are filing this Amended Stipulation because that new responsive pleading deadline was inadvertently omitted from the Stipulation filed at ECF No. 11.

9.     This Stipulation is submitted in good faith and not for the purposes of delay in this matter.


IT IS SO STIPULATED.


DATED this 21st day of May 2026.

THIERMAN BUCK                                    DICKINSON WRIGHT PLLC


_____/s/ Joshua D. Buck_____                   _____/s/ Brian R. Irvine_____
Joshua D. Buck                                   Brian R. Irvine
josh@thiermanbuck.com                            BIrvine@dickinsonwright.com
Leah L. Jones                                    Mackenzie E. Robinson
leah@thiermanbuck.com                            MRobinson@dickinsonwright.com
325 West Liberty Street                          100 West Liberty Street, Suite 940
Reno, NV 89501                                   Reno, Nevada 89501-1991
Tel:   775-284-1500                              Tel:   775-343-7500
Fax:   775-703-5027                              Fax:   844-670-6009

*Attorneys for Plaintiff and all others*         *Attorneys for Defendant*
*similarly situated and the putative classes*    *Genx Mining Contractors, LLC*

**IT IS SO ORDERED.**

**DATED:** May 28, 2026 _____


_____
UNITED STATES MAGISTRATE JUDGE

2