ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRIS DOWNING, on Behalf of Others Similarly Situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>GENX MINING CONTRACTORS, LLC; NEVADA GOLD MINES LLC, and DOES 1 through 50<br><br>Defendant. | Case No.:  3:26-cv-00271-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE**<br><br>[ECF No. 14] |

Plaintiff CHRIS DOWNING ("Plaintiff"), by and through his counsel of record THIERMAN BUCK, and Defendant NEVADA GOLD MINES LLC ("NGM" or "Defendant"), by and through its counsel of record, SIMONS HALL JOHNSTON PC, hereby stipulate and agree that Defendant's responsive pleading deadline, which is currently set for Friday, May 29, 2026, be extended for a period of seven (7) days, to Friday, June 5, 2026.

On May 21, 2026, this Court extended the deadline for Genx Mining Contractors, LLC to June 5, 2026. *See* ECF No. 12; *see also* ECF No. 13.  NGM believes it would be the most efficient approach to have the responsive pleading deadline for both Defendants occur on the same day. Furthermore, Defendant's counsel needs additional time to review the information and prepare a

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone:  (775) 785-0088

responsive pleading.  As a result, Defendant believes an additional seven (7) day extension will provide it with enough time to complete the drafting of its forthcoming responsive pleading.

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated:  May 28, 2026

**THIERMAN BUCK**

/s/ *Joshua Buck*

Joshua D. Buck, Esq.
Leah L. Jones, Esq.
325 West Libert Street
Reno, NV 89501

*Counsel for Plaintiff*

Dated:  May 28, 2026

**SIMONS HALL JOHNSTON PC**

/s/ *Jonathan McGuire, Esq.*

Jonathan A. McGuire, Esq.
690 Sierra Rose Drive
Reno, Nevada 89511

*Counsel for Defendant*

**IT IS SO ORDERED.**

**DATED:** May 28, 2026

UNITED STATES MAGISTRATE JUDGE

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone:  (775) 785-0088