**DICKINSON WRIGHT PLLC**
Brian R. Irvine
Nevada Bar No. 7758
Email: BIrvine@dickinsonwright.com
Mackenzie E. Robinson
Nevada Bar No. 16309
MRobinson@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: 775-343-7500
Fax: 844-670-6009

*Attorneys for Defendant*
*Genx Mining Contractors, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRIS DOWNING, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENX MINING CONTRACTORS, LLC; NEVADA GOLD MINES LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-00271-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE A PROPOSED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>[ECF No. 23] |

Defendant Genx Mining Contractors, LLC ("Defendant"), Defendant Nevada Gold Mines LLC, and Plaintiff Chris Downing ("Plaintiff") (together "Parties"), by and through their respective counsel of record, agree and stipulate to extend the deadline to file the Parties' Proposed Stipulated Discovery Plan and Scheduling Order. This is the Parties' first request for an extension for filing a Proposed Stipulated Discovery Plan and Scheduling Order and Order Thereon, and as discussed herein, good cause exists. The relevant facts are as follows:

1. The Complaint was filed on April 14, 2026.
2. Defendant was served on April 17, 2026.
3. Defendant NGM filed an Answer on June 5, 2026.
4. Defendant GenX filed a Motion to Dismiss on June 5, 2026, and motion practice



DICKINSON WRIGHT
ATTORNEYS AT LAW

on the Motion to Dismiss ended June 29, 2026.

5. The Parties held a Rule 26(f) conference on July 7, 2026.

6. The Parties have encountered delays in view of travel and work obligations.

7. The Parties have also encountered delays in view of the complexity involved with a three-party proposed discovery plan that addresses both a collective action and a class action.

8. Additionally, Defendant GenX's counsel has encountered delays, given counsel has had several depositions in June and July, which have required a substantial amount of time in the past weeks.

9. The Parties have stipulated to extend the time to file a Discovery Plan by one week to ensure the proposed Discovery Plan covers all Parties' interests.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. This Stipulation is submitted in good faith and not for the purposes of delay in this matter.

IT IS SO STIPULATED.

Dated: July 20, 2026

*[/s/ Leah L. Jones]*
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
**THIERMAN BUCK**
325 W. Liberty Steet
Reno, NV 89509
(775) 284-1500

*Attorneys for Plaintiff and the Putative Classes*

Dated: July 20, 2026

*[/s/ Mackenzie E. Robinson]*
Brian R. Irvine, Nev. Bar No. 7758
Mackenzie E. Robinson, Nev. Bar No. 16309
**DICKSON WRIGHT PLLC**
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: 775-343-7500

*Attorneys for Defendant Genx Mining Contractors, LLC*

*/s/ Jonathan McGuire*
Anthony L. Hall, Nev. Bar No. 5977
Jonathan A. McGuire, Nev. Bar No. 15280
**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant Nevada Gold Mines, LLC*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2026



DICKINSON WRIGHT
ATTORNEYS AT LAW